MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS (State Bar No. 169814)
THOMAS R. GREEN (State Bar No. 203480)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: tgreen@morganlewis.com

MICHAEL J. HOLSTON
(seeking pro hac vice admission)
JOHN F. SCHULTZ
(seeking pro hac vice admission)
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Fax: 215.963.5001

Attorneys for Defendant
Hewlett-Packard Co.

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long and Therry Simien, On Behalf of Themselves and all Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> Hewlett-Packard Co. <br><br> Defendant. | Case No. C 06 2816 HRL <br><br> STIPULATION AND ~~XXXXXXXXX~~ [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANT HEWLETT-PACKARD CO. TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned matter, and by and between their undersigned counsel, that:

1. On April 26, 2006, Plaintiffs filed a complaint in the United States District Court for the Northern District of California to initiate the case <u>Lewis Long & Therry Simien On Behalf of Themselves and all Others Similarly Situated v. Hewlett-Packard Co.</u>, Case No. C 06 2816 HRL (the "Complaint").

2. On May 15, 2006, the Parties stipulated and agreed that HP's deadline to answer,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7376781.1                                    (CASE NO. C 06 2816 HRL)

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT

1  move or otherwise respond to the Complaint would be extended to May 31, 2006.

2      3. On May 15, 2006, the Parties further stipulated and agreed that if HP files a motion to dismiss the Complaint, then Plaintiffs' deadline to file an opposition to said motion to dismiss shall be extended to July 21, 2006.

    4. The Parties now stipulate and agree that HP's deadline to answer, move or otherwise respond to the Complaint is extended to June 5, 2006

    5. The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

DATED: May 30, 2006      MORGAN, LEWIS & BOCKIUS LLP

By _____
Thomas R. Green
Attorney for Defendant
HEWLETT-PACKARD CO.

DATED: May 30, 2006      GREEN WELLING LLP

By _____
Jenelle Welling
Attorney for Plaintiffs
LEWIS LONG AND THERRY SIMIEN,
ON BEHALF OF THEMSELVES AND
ALL OTHERS SIMILARLY SITUATED

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's ("HP"'s) time to answer, move or otherwise respond to the Complaint in this matter is extended to June 5, 2006.

DATED: May 31, 2006      _James Ware_____
Judge of the District Court

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2
1-SF/7376781.1

(CASE NO. C 06 2816 HRL)

STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT