**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long, et al., | NO. C 06-02816 JW |
| Plaintiffs, | **ORDER CONTINUING DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO DISMISS** |
| v. | |
| Hewlett-Packard Company, | |
| Defendant. | |

On June 5, 2006, Defendant Hewlett-Packard noticed a Motion to Dismiss Plaintiffs' Complaint for August 14, 2006. (See Docket Item No. 11.) Due to the Court's own unavailability, the hearing is continued to **September 18, 2006 at 9 a.m.** Accordingly, the parties shall comply with the briefing schedule pursuant to the Civil Local Rules of this Court.

Dated: June 27, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Howard Holderness hholderness@morganlewis.com
Jenelle Welling JWW@classcounsel.com
3  Kamon D Naddaf kdn@classcounsel.com
Robert S. Green RSG@CLASSCOUNSEL.COM
4  Thomas R. Green tgreen@morganlewis.com

6  **Dated:  June 27, 2006**                              **Richard W. Wieking, Clerk**

8                                                          **By:    /s/ JW Chamberss**
                                                                  **Melissa Peralta**
                                                                  **Courtroom Deputy**