IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long, et al., | NO. C 06-02816 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Hewlett-Packard, | |
| Defendant. | |

The Court deems Defendant's Motion to Dismiss appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the September 18, 2006 hearing is vacated.

Dated: September 13, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Howard Holderness hholderness@morganlewis.com
Jenelle Welling JWW@classcounsel.com
John F. Schultz john.schultz@morganlewis.com
Kamon D Naddaf kdn@classcounsel.com
Meredith Ann Walworth mwalworth@morganlewis.com
Michael J. Holston mholston@morganlewis.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Thomas R. Green tgreen@morganlewis.com

**Dated: September 13, 2006**  **Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

United States District Court
For the Northern District of California