MICHAEL J. HOLSTON (PAB 51572) (*Pro Hac Vice*)
JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: tgreen@morganlewis.com
E-mail: hholderness@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long and Therry Simien, On Behalf of Himself and all Others Similarly Situated,<br>　　　　　　　Plaintiff,<br>　vs.<br>Hewlett-Packard Company,<br>　　　　　　　Defendant. | Case No. 06-2816<br><br>[~~PROPOSED~~] ORDER TO EXTEND MEDIATION DEADLINE |

**ORDER**

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's September 13, 2006 Order has been extended to March 13, 2007.

DATED: December _7_, 2006

_/s/ James Ware_
Honorable James Ware
U.S. District Court Judge