MICHAEL J. HOLSTON (PAB 51572) (*Pro Hac Vice*)
JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000 / Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com

HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000 / Facsimile: 415.442.1001
E-mail: tgreen@morganlewis.com
E-mail: hholderness@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

GRANTED
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long and Therry Simien, On Behalf of Himself and all Others Similarly Situated,<br><br>           Plaintiff,<br><br>    vs.<br><br>Hewlett-Packard Company,<br><br>           Defendant. | Case No. 06-2816 (JW)<br><br>[~~PROPOSED~~] ORDER GRANTING TEMPORARY STAY OF DISCOVERY |

AND NOW, on this the _3_ day of January, 2007, it is hereby ORDERED that defendant Hewlett-Packard Company is not required to produce documents to plaintiffs as ordered in Magistrate Judge Lloyd's December 19, 2006 order granting plaintiffs' motion to compel, until such time as this Court denies the relief requested in the Rule 72(a) objection filed by Hewlett Packard Company on December 29, 2006 and enters a further order that discovery may continue in this matter.

Dated: January 3, 2007

_____
Honorable James Ware
United States District Judge