IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long, et al., | NO. C 06-02816 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |
| v. | |
| Hewlett-Packard Co., | |
| Defendant. | |

On January 4, 2007, Plaintiffs filed a Motion for Leave to File a Motion for Reconsideration of the Court's December 21, 2006 Order Granting Defendant's Motion to Dismiss with Partial Leave to Amend. Plaintiffs noticed a hearing on their Motion for February 12, 2007.

Pursuant to Civ. L.R. 7-9(d), no response need be filed and no hearing will be held concerning a motion for leave to file a motion to reconsider. Accordingly, the Court **VACATES the hearing presently scheduled for February 12, 2007**.

Dated: January 26, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles David Marshall CAND.USCOURTS@classcounsel.com
Howard Holderness hholderness@morganlewis.com
Jenelle Welling JWW@classcounsel.com
John F. Schultz john.schultz@morganlewis.com
Meredith Ann Walworth mwalworth@morganlewis.com
Michael J. Holston mholston@morganlewis.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Thomas R. Green tgreen@morganlewis.com

**Dated:  January 26, 2007**               **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California