Robert S. Green (State Bar No. 136183)
Jenelle Welling (State Bar No. 209480)
Charles D. Marshall (State Bar No. 236444)
**GREEN WELLING LLP**
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
cand.uscourts@classcounsel.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Jose Division

| | |
|---|---|
| LEWIS LONG and THERRY SIMIEN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>         v.<br><br>HEWLETT-PACKARD, CO.,<br><br>                    Defendant. | Case No.:  C-06-2816 JW<br><br>**STIPULATION AND [PROPOSED] ORDER (1) ADDRESSING AGREED SECOND AMENDED COMPLAINT AND (2) SETTING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |

   WHEREAS, Defendant's deadline to respond to the First Amended Complaint is currently February 12, 2007.

   WHEREAS, on February 8, 2007, the Parties discovered a typographical error in the First Amended Complaint with regard to the date Plaintiff Simien contacted Defendant regarding her computer, namely paragraph 51 states the contact occurred in January 2003, but it occurred in November 2003.

---

STIPULATION AND [PROPOSED] ORDER (1) ADDRESSING AGREED SECOND AMENDED COMPLAINT AND (2) SETTING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. C-06-2816 JW

WHEREAS, Plaintiffs agree to correct the error by filing a Second Amended Complaint no later than February 9, 2007, changing the word "January" to "November" in paragraph 51.

WHEREAS, to avoid undue delay, the Parties agree that Defendant shall respond to the Second Amended Complaint no later than February 16, 2007, instead of the usual 10 days allowed under Federal Rules of Civil Procedure Rule 15.

NOW THEREFORE, Plaintiffs and Defendant, through their respective counsel of record, hereby stipulate as follows:

Pursuant to Federal Rules of Civil Procedure Rule 15, Plaintiffs may amend their First Amended Complaint as a matter of course because Defendant has not yet served a responsive pleading. Plaintiff will file, no later than February 9, 2007, a Second Amended Complaint amending the First Amended Complaint to substitute the word "November" for the word "January" in paragraph 51. Defendant will respond to the Second Amended Complaint no later than February 16, 2007.

DATED: February 8, 2007                Respectfully Submitted,

**GREEN WELLING LLP**


By:   /s/
      Charles D. Marshall

      Robert S. Green
      Jenelle Welling
      Attorneys for Plaintiffs
      Lewis Long and Therry Simien

---

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER (1) ADDRESSING AGREED SECOND AMENDED COMPLAINT AND (2) SETTING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. C-06-2816 JW                                                                                         1

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/
Robert A. Particelli (*pro hac vice*)

Howard Holderness
Thomas R. Green
Attorneys for Defendant
Hewlett-Packard Company

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED, Plaintiffs shall file their Second Amended Complaint no later than February 9, 2007. Defendant shall respond to the Second Amended Complaint by no later than February 16, 2007.

DATED: February 9, 2007

_____
Judge of the District Court

STIPULATION AND [~~PROPOSED~~] ORDER (1) ADDRESSING AGREED SECOND AMENDED COMPLAINT AND (2) SETTING TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT
Case No. C-06-2816 JW                                                                                      2