HOWARD HOLDERNESS (SBN 169814)
THOMAS R. GREEN (SBN 203480)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

JOHN F. SCHULTZ (PAB 67331) (*Pro Hac Vice*)
ROBERT A. PARTICELLI (PAB 82651) (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: john.schultz@morganlewis.com
E-mail: rparticelli@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LEWIS LONG AND THIERRY SIMIEN, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. 06-2816 (JW)<br><br>[PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE<br><br><br>The Honorable James Ware |

## ORDER

IT IS HEREBY ORDERED that the deadline for the parties to mediate this case in accordance with the Court's September 13, 2006 Order has been extended as follows: within ninety days of the filing of any answer by Hewlett-Packard Company, the parties are to attend mediation.

Dated: _Feb 28_, 2007

_____
Honorable James Ware
U.S. District Court Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

Case No. 06-2816 (JW)

**[PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE**