IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Lewis Long, et al., | NO. C 06-02816 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Hewlett-Packard Co., | |
| Defendant. | |

Pursuant to the Court's July 27, 2007 Order Denying Plaintiffs' Motion for Reconsideration; Granting HP's Motion to Dismiss Second Amended Complaint With Prejudice; Denying as Moot HP's Motion to Strike Plaintiffs' Class Definition, judgment is entered in favor of Defendant Hewlett-Packard Co., against Plaintiffs Lewis Long and Therry Simien.

Each party shall bear its own fees and costs.

The Clerk shall close this file.

Dated: July 27, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Charles David Marshall CAND.USCOURTS@classcounsel.com
Howard  Holderness hholderness@morganlewis.com
Jenelle  Welling JWW@classcounsel.com
John F. Schultz john.schultz@morganlewis.com
Meredith Ann Walworth mwalworth@morganlewis.com
Michael J. Holston mholston@morganlewis.com
Robert S. Green RSG@CLASSCOUNSEL.COM
Thomas R. Green tgreen@morganlewis.com

**Dated:  July 27, 2007**                                        **Richard W. Wieking, Clerk**

                                                                              **By:   /s/ JW Chambers**
                                                                                       **Elizabeth Garcia**
                                                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California